TMM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 APR 22 AM 9:34

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Ricardo MEDINA-Ramirez** Defendant. | Magistrate Case No. '08 MJ 1228 <br> COMPLAINT FOR VIOLATION OF: <br> Title 8, U.S.C., Section 1326; Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about, **February 02, 2008,** within the Southern District of California, defendant, **Ricardo MEDINA-Ramirez,** an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Deportation Officer
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **22nd** DAY OF **April 2008.**

UNITED STATES MAGISTRATE JUDGE

TKM

# PROBABLE CAUSE STATEMENT

On **February 02, 2008**, the defendant identified as **Ricardo MEDINA-Ramirez** was arrested by the United States Border Patrol for illegal entry into the United States. This arrest took place east of Tecate, California Port of Entry. Record checks revealed that defendant was a parole violator, and therefore a Parole Hold was issued and he was booked into San Diego County Jail for PC 3056 VIOLATION OF PAROLE.

On February 04, 2008, an Agent with the United States Border Patrol determined the defendant to be a citizen of Mexico and placed a Form I-247 (Immigration Detainer) pending his release from custody. On Monday, April 21, 2008, at approximately 8:00 a.m. the defendant was referred to United States Immigration and Customs Enforcement ICE/DRO custody. An Immigration Enforcement Agent reviewed various sources of information and conducted official record checks in regards to the defendant confirming him to be a citizen of Mexico having been previously removed from the United States.

A thorough review of official immigration computer database record checks and information contained in the Alien Registration file revealed that the defendant was ordered removed from the United States by an Immigration Judge on or about March 14, 2007 and physically removed to Mexico on or about March 15, 2007 via the San Ysidro Port of Entry. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System (IDENT) and Automated Fingerprint identification System (IAFIS) were utilized and compared the defendant's fingerprints to those contained in these databases. The results confirmed the defendant's identity as **Ricardo MEDINA-Ramirez** a citizen and national of Mexico. A photograph and a set of fingerprints contained within the official Alien Registration File were also reviewed and compared to the defendant, further confirming his identity.