AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

RICARDO MEDINA-RAMIREZ

**WAIVER OF INDICTMENT**

CASE NUMBER: 08cr1690-H

I, RICARDO MEDINA-RAMIREZ, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on May 22, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

x Ricardo medina
Defendant

Counsel for Defendant

Before
JUDICIAL OFFICER

FILED
MAY 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY