FILED
AUG 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff,

v.

RICARDO MEDINA-RAMIREZ, Defendant.

CASE NO. 08CR01690-001-H

O R D E R

GOOD CAUSE APPEARING, it is hereby ordered that the sentencing date in the above-captioned case be continued to **November 3, 2008, at 9:00 a.m.** The parties agree that time is excludable under the Speedy Trial Act until the acceptance of plea. The Court finds that the time is excludable under the Speedy Trial Act. The Defendant is currently in custody.

DATED: 8-7-08

[signature]
Marilyn L. Huff
U.S. District Judge

cc: all counsel of record